UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case Number: |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| Matthew Aaron ZAZUETA | ) | Importation of a Controlled Substance |
| | ) | |
| Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about February 27, 2008, within the Southern District of California, Matthew Aaron ZAZUETA, did knowingly and intentionally import approximately 9.45 kilograms of cocaine, a Schedule II Controlled Substance, and 0.30 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION and
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27TH DAY OF FEBRUARY, 2007.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

At approximately 0055 hours on February 27, 2008, Matthew Aaron ZAZUETA entered the United States from the Republic of Mexico via the San Ysidro, California, Port of Entry in a 1998 Nissan Maxima bearing California license plates 6AZP680. ZAZUETA was the driver and sole occupant of the vehicle at the time he entered the United States. ZAZUETA gave two negative declarations and told Customs and Border Protection Officer (CBPO) Jason Boutwell that he was going to San Diego, California.

Canine Enforcement Officer (CEO) Rufus Leslie utilized his Narcotic/Human Detection Dog, "Vic", to screen the vehicle driven by ZAZUETA. "Vic" alerted to a narcotic odor exuding from the center vent of the dashboard.

An inspection of the vehicle resulted in the discovery of 8 packages of a white powdery substance and one package of a white crystalline substance concealed inside a non-factory compartment inside the dashboard. A random sample of one of the packages field-tested positive for the presence of Cocaine. Another random sample of one of the packages field-tested positive for the presence of Methamphetamine. The total weight of the packages containing Cocaine was approximately 9.45 kilograms. The total weight of the package containing Methamphetamine was approximately 0.30 kilograms.

Immigration and Customs Enforcement Special Agents (SA) Scott Lensky and Joel Dolloff interviewed ZAZUETA. After being advised of his Miranda rights, which he waived, ZAZUETA admitted knowledge of the Cocaine and Methamphetamine concealed in the dashboard. ZAZUETA stated he was going to be paid $1700 USD to deliver the vehicle to the H Street Trolley Stop parking Lot. ZAZUETA admitted this was his second narcotic smuggling venture.